THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL;
ELLA MARIE WILLIAMS VEIGEL;
VEIGEL FARMS, INC.; VEIGEL CATTLE
COMPANY; and VEIGEL FARM PARTNERS,

       Plaintiffs,

v.                                  No.  2:15-cv-236-J

AG ACCEPTANCE CORPORATION,

       Defendant.

ENTRY OF APPEARANCE

       COMES NOW the law firm of Keleher & McLeod, P.A. (Justin B. Breen and Jeffrey A. Dahl) and hereby enters its appearance on behalf of Plaintiffs in this case.

       Plaintiffs request that the Clerk make a notation on the docket of the appearance by the undersigned attorneys on behalf of Plaintiffs, and that they be provided notice of all hearings and proceedings before this Court.

       Dated this 28th day of August, 2015.

Respectfully submitted,

KELEHER & MCLEOD, P.A.

By: /s/  Justin B. Breen
    /s/  Jeffrey A. Dahl
    Filed Electronically on August 28, 2015
    Jeffrey A. Dahl – NM SBN 0622
    Justin B. Breen – NM SBN 28108
    Post Office Box AA
    Albuquerque, New Mexico  87103
    Telephone:  (505) 346-4646
    Facsimile:  (505) 346-1370
    E-Mail:  jad@keleher-law.com
    E-Mail:  jbb@keleher-law.com
    *Lead Counsel for Plaintiffs*

THIS HEREBY CERTIFIES that on August 28, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District Of Texas by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

**Local Counsel for Plaintiffs:**
Philip Roland Russ
Law Offices of Philip R. Russ
2700 S. Western St., Suite 1200
Amarillo, Texas  79109
Telephone:  (806) 358-9293
Facsimile:  (806) 358-9296
E-Mail:  PhilipRRuss@RussLawFirm.com

**Lead Counsel for Ag Acceptance Corporation:**
Barbara Whiten Balliette
Reid Collins & Tsai LLP
1301 S. Captial of Texas Hwy., C-300
Austin, Texas  78746
Telephone:  (512) 647-6100
Facsimile:  (512) 647-6129
E-Mail:  BBalliette@RCTLegal.com

**Local Counsel for Ag Acceptance Corporation:**
Thomas C. Riney
Riney & Mayfield LLP
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas  79101
Telephone:  (806) 468-3200
Facsimile:  (806) 376-4509
E-Mail:  TRiney@RineyMayfield.com

**Lead Counsel for Ag Acceptance Corporation [District of New Mexico]:**
Richard F. Rowley II
Rowley Law Firm, L.L.C.
P.O. Box 790
Clovis, New Mexico  88102-0790
Telephone:  (575) 763-4457
Facsimile:  (575) 763-4450
E-Mail:  R2@RowleyLawFirm.com

/s/ Justin B. Breen
Justin B. Breen