THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL;
ELLA MARIE WILLIAMS VEIGEL;
VEIGEL FARMS, INC.; VEIGEL CATTLE
COMPANY; and VEIGEL FARM PARTNERS,

    Plaintiffs,

v.    No.  2:15-cv-236-J

AG ACCEPTANCE CORPORATION,

    Defendant.

## CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that on September 17, 2015 Plaintiffs' First Requests For Production To Defendant were mailed to counsel by First Class United States Mail to counsel of record at the addresses listed below on this Certificate Of Service.

    Respectfully submitted,

    KELEHER & MCLEOD, P.A.

    By: /s/  Justin B. Breen
        /s/  Jeffrey A. Dahl
        Filed Electronically on September 17, 2015
        Jeffrey A. Dahl – NM SBN 0622
        Justin B. Breen – NM SBN 28108
        Post Office Box AA
        Albuquerque, New Mexico  87103
        Telephone:  (505) 346-4646
        Facsimile:  (505) 346-1370
        E-Mail: jad@keleher-law.com
        E-Mail: jbb@keleher-law.com
        *Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that on September 17, 2015, I electronically filed the foregoing document with the Clerk of the Court for the Northern District Of Texas by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

**Local Counsel for Plaintiffs:**
Philip Roland Russ
Law Offices of Philip R. Russ
2700 S. Western St., Suite 1200
Amarillo, Texas  79109
Telephone:  (806) 358-9293
Facsimile:  (806) 358-9296
E-Mail:  PhilipRRuss@RussLawFirm.com

**Lead Counsel for Ag Acceptance Corporation:**
Barbara Whiten Balliette
Reid Collins & Tsai LLP
1301 S. Captial of Texas Hwy., C-300
Austin, Texas  78746
Telephone:  (512) 647-6100
Facsimile:  (512) 647-6129
E-Mail:  BBalliette@RCTLegal.com

**Local Counsel for Ag Acceptance Corporation:**
Thomas C. Riney
Riney & Mayfield LLP
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas  79101
Telephone:  (806) 468-3200
Facsimile:  (806) 376-4509
E-Mail:  TRiney@RineyMayfield.com

**Lead Counsel for Ag Acceptance Corporation [District of New Mexico]:**
Richard F. Rowley II
Rowley Law Firm, L.L.C.
P.O. Box 790
Clovis, New Mexico  88102-0790
Telephone:  (575) 763-4457
Facsimile:  (575) 763-4450
E-Mail:  R2@RowleyLawFirm.com

/s/ Justin B. Breen
Justin B. Breen
4815-1412-1768, v.  1