IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § § | |

## ORDER GRANTING LEAVE TO FILE

Before the Court is the Plaintiffs' putative motion wherein they request leave to file an amended complaint. That motion is granted as follows. Plaintiffs may file the motion for leave to amend, and that motion is granted. Plaintiffs are to promptly file the proposed amended complaint.

It is SO ORDERED.

Signed this the ___5th___ day of October, 2015.

___S/ Mary Lou Robinson___
**MARY LOU ROBINSON**
UNITED STATES DISTRICT JUDGE