IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § | |

## ORDER GRANTING REQUEST FOR LEAVE TO FILE ANSWER

Plaintiffs' request for leave to file their original answer to the Defendant's counterclaim is granted as follows. Plaintiffs may electronically file their proposed original answer to the Defendant's original counterclaim.

It is SO ORDERED.

Signed this the ____4th____ day of November, 2015.

S/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE