IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § | |

## ORDER GRANTING REQUEST FOR LEAVE TO FILE

Plaintiffs' request for leave to file their response to the Defendant's motion to dismiss is granted as follows. Plaintiffs may electronically file their proposed response, with memorandum in support, to the Defendant's motion to dismiss for failure to state a claim .

It is SO ORDERED.

Signed this the _____9____ day of November, 2015.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE