IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | |
|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS,<br><br>PLAINTIFFS,<br>vs.<br><br>AG ACCEPTANCE CORPORATION,<br><br>DEFENDANT. | CIVIL ACTION CAUSE NUMBER<br><br>2:15-CV-236-J |

## ORDER GRANTING REQUEST FOR LEAVE TO FILE

Plaintiffs Robert and Ella Veigel are permitted to file their response in opposition to Plaintiffs' counsel's motion for leave to withdraw.

It is SO ORDERED.

Signed this the __18th__ day of March, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE