IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § § | |

## ORDER GRANTING REQUEST FOR LEAVE TO FILE

Plaintiffs Robert and Ella Veigel are permitted to file their motion for *in camera* review of protected attorney-client documents, which they seek to file in opposition to Plaintiffs' counsel's motion for leave to withdraw. Plaintiffs Robert and Ella Veigel are to serve a copy of that motion for *in camera* review upon all parties (the motion alone, without the attorney-client protected documents), and are to file their motion for *in camera* review with a completed certificate of service. The Clerk is to mail copies of this order to Robert Wayne and Ella Marie Veigel at 105 Quince Street, Hereford, Texas 79045.

It is SO ORDERED.

Signed this the \_\_\_\_21st\_\_\_\_ day of March, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE