IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS,<br><br>PLAINTIFFS,<br>vs.<br><br>AG ACCEPTANCE CORPORATION,<br><br>DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION CAUSE NUMBER<br><br>2:15-CV-236-J |

## ORDER GRANTING REQUEST FOR LEAVE TO FILE OUT OF TIME

Before the Court is counsel for Plaintiffs' opposed motion, filed March 4, 2016, for leave to file out of time their response to the Defendant's motion for summary judgment. This motion is granted in part as follows.

Plaintiffs' response to Defendant's summary judgment motion will be due fourteen (14) days after the Court rules upon Plaintiffs' counsels' motion for leave to withdraw.

It is SO ORDERED.

Signed this the _23rd_ day of March, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE