THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL;
ELLA MARIE WILLIAMS VEIGEL;
VEIGEL FARMS, INC.; VEIGEL CATTLE
COMPANY; and VEIGEL FARM PARTNERS,

    Plaintiffs,

v.                                                          No. 2:15-cv-236-J

AG ACCEPTANCE CORPORATION,

    Defendant.

NOTICE OF THE SUBMITTAL UNDER SEAL OF
KELEHER & MCLEOD'S REPLY IN SUPPORT OF MOTION TO WITHDRAW
AS COUNSEL FOR PLAINTIFFS

    Keleher & McLeod, P.A. (Jeffrey Dahl and Justin Breen) and the Law Offices Of Philip Roland Russ (collectively "Movant") hereby provide Notice of the Submittal Under Seal of their reply in support of their request for leave to permit withdraw as counsel for Terra Partners, Terra XXI, Ltd., Robert Wayne Veigel, Ella Marie Williams Veigel, Veigel Farms, Inc., Veigel Cattle Company, and Veigel Farm Partners.

    On April 11, 2016, Movant submitted, under seal, to The Honorable Mary Lou Robinson, via email at Robinson_Orders@TXND.uscourts.gov, their Reply In Support Of Motion To Withdraw As Counsel As To Plaintiffs Robert Wayne And Ella Marie Veigel's Doc 67.

Respectfully submitted,

KELEHER & MCLEOD, P.A.

By: /s/ Justin B. Breen
    Submitted on April 21, 2016
    Jeffrey A. Dahl – NM SBN 0622
    Justin B. Breen – NM SBN 28108
    Post Office Box AA
    Albuquerque, New Mexico  87103
    Telephone:  (505) 346-4646
    Facsimile:  (505) 346-1370
    E-Mail:  jad@keleher-law.com
    E-Mail:  jbb@keleher-law.com

## CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that on April 21, 2016, I emailed the foregoing document to Plaintiffs and by First Class United States Mail:

TERRA PARTNERS, TERRA XXI, LTD.,
VEIGEL FARMS, INC., VEIGEL CATTLE
COMPANY, and VEIGEL FARM PARTNERS
c/o Steve Veigel
105 Quince Street
Hereford, Texas  79045
Telephone:  (806) 231-1009
E-Mail:  SVeig@aol.com

Ella Marie Veigel
*Pro Se*
105 Quince St.
Hereford, Texas 79045
Email: EMVeig@aol.com

Robert Wayne Veigel
*Pro Se*
105 Quince St.
Hereford, Texas 79045
Email: RWVeig@aol.com


/s/ Justin B. Breen

4838-8405-3296, v. 1