## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF TEXAS

### AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 SEP -8  PM 12: 33

DEPUTY CLERK_____

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, <br><br> PLAINTIFFS, <br><br> vs. <br><br> AG ACCEPTANCE CORPORATION, <br><br> DEFENDANT. | § § § § § § § § § § § § | CIVIL ACTION CAUSE NUMBER <br><br> 2:15-CV-236-J |

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant Ag Acceptance Corporation's motion, filed February 5, 2016, for summary judgment of its counterclaim, the Plaintiffs' response in opposition, and the Defendant's reply.  Defendant's motion for summary judgment is denied.

It is SO ORDERED.

Signed this the _____ day of September, 2016.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE