IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| | § | CIVIL ACTION CAUSE NUMBER |
| PLAINTIFFS, | § § | 2:15-CV-236-J |
| vs. | § § | |
| AG ACCEPTANCE CORPORATION, | § § | |
| DEFENDANT. | § § | |

## PARTIAL FINAL JUDGMENT

The Court having granted in part Defendant Ag Acceptance Corporation's Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief can be granted, it is therefore

ORDERED, ADJUDGED and DECREED that Plaintiffs take nothing from the Defendant on Counts I, II and III of their first amended complaint, and

It is FURTHER ORDERED, ADJUDGED and DECREED that all of the Plaintiffs' Texas state-law based claims and causes of action are hereby dismissed for failure to state a claim upon which relief can be granted.

Claims asserted pursuant to New Mexico law, and specifically those pled in Count IV of the amended complaint, are hereby transferred to the federal court in New Mexico to which this case was removed from state court, for that court's consideration.

It is SO ORDERED, ADJUDGED and DECREED.

Signed and Entered this the _____16th_____ day of September, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE